UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No:   1:22-MJ-85PAS |
| ) | |
| HECTOR GONZALEZ MICHEL, ) | |
| Defendant. ) | |
| ) | |

## MOTION TO SEAL ORIGINAL AFFIDAVIT ONLY AND FILE REDACTED AFFIDAVIT

Now comes Assistant United States Attorney, Stacey P. Veroni and asks this court to allow the sealing of the original affidavit submitted in this matter and file a redacted affidavit. The need to seal and submit a redacted affidavit is necessary to comply with Rule 49.1 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

/s/ Stacey P. Veroni
STACEY P. VERONI
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5032
(401) 709-5001 (Fax)
Email:  stacey.veroni@usdoj.gov

**Granted:** November 4, 2022

**Patricia A. Sullivan, USMJ**

## CERTIFICATION OF SERVICE

      I hereby certify that on November 4, 2022, I electronically filed the foregoing motion and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

                                                /s/ Stacey P. Veroni